IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MAGIC ALLEN<br>Plaintiff<br><br>vs.<br><br>NCO FINANCIAL SYSTEMS, INC<br>Defendant | CIVIL ACTION<br><br><br><br>NO.  12-CV-01578-LDD |

## STIPULATION OF DISMISSAL

AND NOW, this 25th day of June 2012,  it is hereby Stipulated and Agreed by and between counsel for plaintiff and counsel for defendant in the above captioned matter that the above captioned matter be dismissed with prejudice.  All parties shall bear their own costs and attorney's fees.


Vullings Law Group, LLC


BY:   /s/ *Brent F. Vullings*
      Brent F. Vullings, Esquire
      Attorney for Plaintiff



Sessions, Fishman, Nathan & Israel, LLC


BY:  */s/ Aaron R. Easley*
      Aaron R. Easley, Esquire
      Attorney for Defendant